**BRYAN T. DAKE**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone:        (406) 657-6101**
**FAX:          (406) 657-6989**
**Email:        Bryan.Dake@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**LOY MATTHEW BRYANT,**<br><br>Defendant. | CR 22-145-BLG-SPW<br><br>**NOTICE OF STUDENT PARTICIPATION AND SUPERVISING ATTORNEY'S CERTIFICATION** |

I, Bryan T. Dake, notify the Court that LEANN OMO will participate in this case under D. Mont. L.R. 83.7.   I certify as follows:

1.  I will assist and counsel LEANN OMO in all work performed in this case.

1

2. I accept full personal and professional responsibility for all work performed by the student

3. I have explained to the client the terms under which LEANN OMO will participate in this case.

4. I will ensure that at least one supervising attorney is present in person throughout the student's presentations in open court.

5. I will ensure that at least one supervising attorney signs all written submissions in which the student participates and briefly notes the student's participation.

6. Forms J, K, and L are attached to this notice as exhibits.

DATED this 12th day of July, 2023.

                    JESSE A. LASLOVICH
                    United States Attorney

                    */s/ Byran T. Dake*
                    BRYAN T. DAKE
                    Assistant U. S. Attorney